UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUNTY OF HARRIS, TEXAS,<br>   Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY; NOVO NORDISK INC.; SANOFI-AVENTIS U.S. LLC; EXPRESS SCRIPTS HOLDING COMPANY; EXPRESS SCRIPTS, INC.; ESI MAIL PHARMACY SERVICES, INC.; EXPRESS SCRIPTS PHARMACY, INC.; CVS HEALTH CORPORATION; CAREMARK RX, L.L.C.; CAREMARK PCS HEALTH, L.L.C.; CAREMARK, L.L.C.; CAREMARK TEXAS MAIL PHARMACY, LLC; OPTUM, INC.; OPTUMRX, INC.; AETNA RX HOME DELIVERY, LLC AND AETNA PHARMACY MANAGEMENT SERVICES, LLC,<br>   Defendants | CIVIL ACTION NO. 4:19-cv-04994 |

**STIPULATION REGARDING SERVICE AND SETTING TIME FOR RESPONDING TO THE COMPLAINT**

Plaintiff County of Harris, Texas ("Harris County") and the Defendants[1] enter into the following stipulation regarding service of the complaint and deadlines for Defendants' response to the complaint:

    1. Harris County will file its First Amended Complaint by January 31, 2020. Harris County's First Amended Complaint will include claims under the Texas Deceptive Trade Practices Act. TEX. BUS. & COMM. CODE §§ 17.41-.63 ("DTPA").

---

[1] The "Defendants" are Defendants Eli Lilly and Company; Novo Nordisk Inc.; Sanofi-Aventis U.S. LLC; CVS Health Corporation; Caremark RX, L.L.C.; CVS Health Corporation; Caremark L.L.C.; CaremarkPCS Health, L.L.C. Corporation; Caremark Texas Mail Pharmacy, L.L.C. Corporation; Express Scripts Holding Company; Express Scripts, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; OptumRx, Inc.; Optum, Inc.; Aetna Rx Home Delivery, LLC; Aetna Pharmacy Management Services, LLC.

2. Counsel for Defendants will accept service of process of the First Amended Complaint on behalf of their clients, expressly reserving the right to contest whether any party in the First Amended Complaint is properly named, and without waiver of any defenses, including those related to personal jurisdiction and venue.

3. Defendants' responsive filings to Harris County's First Amended Complaint (including answers or motions to dismiss) will be due 60 days after Harris County's First Amended Complaint is filed. This 60-day period will satisfy any abatement period under the DTPA. *See* TEX. BUS. & COMM. CODE § 17.505.

4. Harris County's response to Defendants' responsive filings will be due 60 days after the last of the Defendants' responsive filings is filed.

5. Defendants' replies supporting their responsive filings will be due 30 days after Harris County files its response.

6. Except as may be ordered by the Court, discovery in this action will be stayed pending resolution of any motions to dismiss filed by Defendants.

Signed this the _____ day of _____, 2020.

_____
Gray H. Miller
United States District Judge

AGREED:

/s/ Earnest W. Wotring_____        1/31/2020
Earnest W. Wotring                                  Date
Baker • Wotring LLP
Attorney for Plaintiff Harris County, Texas

/s/ Bryce L. Callahan_____        1/31/2020
Bryce L. Callahan                                   Date
Yetter Coleman LLP
Attorney for Defendant Eli Lilly and Company

/s/ Joshua L. Fuchs_____        1/31/2020
Joshua L. Fuchs                                     Date
Jones Day
Attorney for Defendant Sanofi-Aventis U.S. LLC

| | |
|---|---|
| */s/ Winstol D. Carter, Jr.* | 1/31/2020 |
| Winstol D. Carter, Jr. | Date |
| Morgan, Lewis & Bockius LLP | |
| Attorney for Defendants | |
| Express Scripts Holding Company | |
| Express Scripts, Inc. | |
| ESI Mail Pharmacy Services, Inc. | |
| Express Scripts Pharmacy, Inc. | |

| | |
|---|---|
| */s/ Justin E. VandenBout* | 1/31/2020 |
| Justin E. VandenBout | Date |
| Chamberlain, Hrdlicka, White, Williams & Aughtry | |
| Attorney for Defendants | |
| Optum, Inc. and OptumRx, Inc. | |

| | |
|---|---|
| */s/ Larry R. Veselka* | 1/31/2020 |
| Larry R. Veselka | Date |
| Smyser Kaplan & Veselka, L.L.P. | |
| Attorney for Defendants | |
| CVS Health Corporation | |
| Caremark RX, L.L.C. | |
| Caremark, L.L.C. | |
| Caremark PCS Health, L.L.C. | |
| Caremark Texas Mail Pharmacy, LLC | |
| Aetna RX Home Delivery, LLC | |
| Aetna Pharmacy Management Services, LLC | |

| | |
|---|---|
| */s/ Randall L. Christian* | 1/31/2020 |
| Randall L. Christian | Date |
| Bowman and Brooke LLP | |
| Attorney for Defendant Novo Nordisk Inc. | |