IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUNTY OF HARRIS, TEXAS,<br><br>*Plaintiffs,*<br><br>v.<br><br>ELI LILLY AND COMPANY, ET AL.<br><br>*Defendants.* | Civil Action No. 4:19-cv-04994 |

**AGREED MOTION FOR CONTINUANCE OF RESPONSIVE FILING DEADLINES AND SUBMISSION OF PROPOSED RULE 16 SCHEDULING ORDER**

Plaintiff County of Harris, Texas, and Defendants[1] (collectively, the "Parties"), pursuant to Paragraph 4 of Judge Miller's Court Procedures, move for a continuance of the responsive filing deadlines associated with Plaintiff's First Amended Complaint and the submission date of the Parties' proposed Rule 16 Scheduling Order and respectfully state:

1. In light of the substantial disruptions created by the COVID-19 pandemic, the Parties have agreed to the following regarding service of Plaintiff's First Amended Complaint, the responsive filing deadlines associated with the same, and the commencement of discovery in this action:

   a. Plaintiff's First Amended Complaint, ECF No. 20, was filed on January 31, 2020, and includes claims under the Texas Deceptive Trade Practices Act ("DTPA"). TEX. BUS. & COMM. CODE §§ 17.41-.63.

   b. Counsel for Defendants accepted service of process of the First Amended Complaint on behalf of their respective clients without waiver of any defenses,

---

[1] Defendants are as follows: Eli Lilly and Company, Novo Nordisk, Inc., Sanofi-Aventis U.S., Express Scripts Holding Company, Express Scripts, Inc., ESI Mail Pharmacy Services, Inc., Express Scripts Pharmacy, Inc., CVS Health Corporation, Caremark Rx, LLC, Caremark LLC, Caremark Texas Mail Pharmacy, LLC, Optum, Inc., OptumRx Inc., Aetna Rx Home Delivery, LLC, and Aetna Pharmacy Management Services.

        including those relating to personal jurisdiction and venue, and with the express reservation of the right to contest whether any party in the First Amended Complaint is properly named.

    c. Defendants' responsive fillings to the First Amended Complaint, including answers and motions to dismiss filed under Federal Rule of Civil Procedure 12(b), will be due on April 14, 2020. This period will satisfy any abatement period under the DTPA.

    d. Instead of filing seven separate motions to dismiss, Defendants intend to file two separate motions to dismiss, one by the Manufacturing Defendants[2] and one by the PBM Defendants.[3] Defendants have filed an unopposed motion with the Court for leave to exceed the 25-page limitation for those joint motions. *See* ECF No. 34.

    e. Plaintiff's response to Defendants' responsive filings will be due June 29, 2020.

    f. Defendants' replies in support of their responsive filings will be due July 29, 2020.

    g. Except as may be ordered by the Court, discovery in this action will be stayed pending resolution of any motions to dismiss filed by Defendants.

2.    The Parties' proposed discovery stay renders impractical the meaningful completion of a proposed Discovery/Case Management Plan and a Scheduling/Docket Control Order by the March 27, 2020 deadline in the Court's Order of February 27, 2020, ECF No. 21. Accordingly, the Parties further request that the present deadline for the submission of both be vacated and that the submission deadline be the fourteenth day following the date on which the final order resolving the Defendants' forthcoming motions to dismiss is entered.

3.    Good cause for entry of an Agreed Order consistent with the foregoing exists because it will assuage the various stresses occasioned by the COVID-19 pandemic and will facilitate an efficient and economical resolution of this action.

---

[2] The Manufacturing Defendants are Eli Lilly and Company, Novo Nordisk, Inc., and Sanofi-Aventis U.S.

[3] The Pharmacy Benefit Manager Defendants are Express Scripts Holding Company, Express Scripts, Inc., ESI Mail Pharmacy Services, Inc., Express Scripts Pharmacy, Inc., CVS Health Corporation, Caremark Rx, LLC, Caremark LLC, Caremark Texas Mail Pharmacy, LLC, Optum, Inc., OptumRx Inc., Aetna Rx Home Delivery, LLC, and Aetna Pharmacy Management Services.

WHEREFORE, premises considered, the Parties respectfully request that this motion be granted and that the Court sign and enter the proposed Agreed Order for Continuance which was filed concurrently herewith.

Respectfully submitted,

| | |
|---|---|
| Dated: March 24, 2020 | By: /s/ Earnest W. Wotring |

Vince Ryan
Harris County Attorney
Texas Bar No. 17489500
Robert Soard
First Assistant Harris County Attorney
Texas Bar No. 18819100
Terence L. O'Rourke
Special Assistant Harris County Attorney
Texas Bar No. 15311000
Pegi S. Block
Assistant Harris County Attorney
Texas Bar No. 02498250
Suzanne Bradley
Assistant Harris County Attorney
Federal ID No. 24567
**OFFICE OF HARRIS COUNTY ATTORNEY, VINCE RYAN**
Texas Bar No. 00793375
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5121
Facsimile: (713) 437-4211
Vince.Ryan@cao.hctx.net
Robert.Soard@cao.hctx.net
Terence.ORourke@cao.hctx.net
Pegi.Block@cao.hctx.net
Suzanne.Bradley@cao.hctx.net

Richard Schechter Texas
Bar No. 17735500
**LAW OFFICE OF RICHARD SCHECHTER, P.C.**
1 Greenway Plaza, Suite 740 Houston TX 77046-0102
Telephone: 713-623-8919
Facsimile: 713-622-1680
richard@rs-law.com

Debra Tsuchiyama Baker
Texas Bar No. 15089600
Earnest W. Wotring
Texas Bar No. 22012400
John Muir
Texas Bar No. 14630477
David George
Texas Bar No. 00793212
**BAKER • WOTRING LLP**
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: (713) 980-1700
Facsimile: (713) 980-1701
dbaker@bakerwotring.com
ewotring@bakerwotring.com
jmuir@bakerwotring.com
dgeorge@bakerwotring.com

Joanne Cicala
Texas Bar No. 24052632
Joshua T. Wackerly
Texas Bar No. 24093311
**THE CICALA LAW FIRM PLLC**
101 College Street
Dripping Springs, Texas 78620
Telephone: (512) 275-6550 Facsimile: (512) 858-1801 joanne@cicalapllc.com
josh@cicalapllc.com

Christopher G. Hollins
Texas Bar No. 24090168
Aysia N. Mayo-Gray
Texas Bar No. 24109256
**HOLLINS LAW GROUP PLLC**
5832 Highway 6 North
Houston, Texas 77084

Telephone: 346.980.4600
Facsimile: 346.980.4610
c.hollins@hollinslawgroup.com
a.mayo-gray@hollinslawgroup.com

*Attorneys for Plaintiff*

By:   /s/ *Bryce L. Callahan*
Bryce L. Callahan
**Attorney-in-Charge**
State Bar No. 24055248
S.D. Bar No. 680539
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
Tel.: (713) 632-8000
Facsimile: (713) 632-8002
bcallahan@yettercoleman.com

*Attorneys for Defendant*
*Eli Lilly and Company*

Of Counsel:
Shankar Duraiswamy
Henry B. Liu
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel.: (202) 662-6000
Facsimile: (202) 662-6291
sduraiswamy@cov.com
hliu@cov.com

*Attorneys for Defendant*
*Eli Lilly and Company*


Of Counsel:
Neal Potischman
Andrew Yaphe
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2021
Facsimile: (650) 752-2111
neal.potischman@davispolk.com

James P. Rouhandeh
David B. Toscano
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4835
Facsimile: (212) 701-5800
rouhandeh@davispolk.com

*Attorneys for Defendant*
*Novo Nordisk Inc.*

/s/ *Randall L. Christian*
Randall L. Christian
**Attorney-in-Charge**
State Bar No. 00783826
Southern District I.D. No. 15935
Susan E. Burnett
State Bar No. 20648050
Southern District I.D. No. 18604
**BOWMAN AND BROOKE LLP**
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78745
Telephone: (512) 874-3811
Facsimile: (512) 874-3801
randall.christian@bowmanandbrooke.com
susan.burnett@bowmanandbrooke.com

*Attorneys for Defendant*
*Novo Nordisk Inc.*

Of Counsel:
Geoff Irwin
William D. Coglianese
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
Tel.: (202) 879-3939
jmcevoy@jonesday.com
wcoglianese@jonesday.com

*Attorneys for Defendant*
*Sanofi-Aventis U.S. LLC*

Of Counsel:
Jason R. Scherr
Patrick A. Harvey
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., NW
Washington, DC 20004
Tel.: (202) 373-6000
Facsimile: (202) 373-6001
jr.scherr@morganlewis.com
patrick.harvey@morganlewis.com

R. Brendan Fee
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-5000
Facsimile: (215) 963-5001
brendan.fee@morganlewis.com

*Attorneys for Defendants Express*
*Scripts Holding Company; Express*
*Scripts, Inc.; ESI Mail Pharmacy*
*Services, Inc.; and Express Scripts*
*Pharmacy, Inc.*

*/s/ Joshua L. Fuchs*
Joshua L. Fuchs
**Attorney-in-Charge**
Texas State Bar No. 24029559
S.D. Texas Bar No. 24029559
Alexander G. Hughes
Texas State Bar No. 24092546
S.D. Texas Bar No. 24092546
**JONES DAY**
717 Texas, Suite 3300
Houston, TX 77002
Tel.: (832) 239-3939
jlfuchs@jonesday.com
ahughes@jonesday.com

*Attorneys for Defendant*
*Sanofi-Aventis U.S. LLC*

*/s/ Winstol D. Carter, Jr.*
Winstol D. Carter, Jr.
**Attorney-in-Charge**
State Bar No. 03932950
S.D. Tex. No. 2934
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel.: (713) 890-5000
Facsimile: (713) 890-5001
winn.carter@morganlewis.com

*Attorneys for Defendants Express*
*Scripts Holding Company; Express*
*Scripts, Inc.; ESI Mail Pharmacy*
*Services, Inc.; and Express Scripts*
*Pharmacy, Inc.*

Of Counsel:
Enu Mainigi
Daniel M. Dockery
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
ddockery@wc.com

*Attorneys for CVS Health Corporation; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; Caremark Texas Mail Pharmacy, LLC; Aetna Rx Home Delivery, LLC; and Aetna Pharmacy Management Services, LLC*

/s/ Larry R. Veselka
Larry R. Veselka
**Attorney-in-Charge**
State Bar No. 20555400
S.D. Tex. No. 6797
Lee L. Kaplan
State Bar No. 11094400
S.D. Tex. No. 1840
**SMYSER KAPLAN & VESELKA, L.L.P.**
717 Texas Avenue, Suite 2800
Houston, Texas 77002-2761
Tel.: (713) 221-2300
Facsimile: (713) 221-2320
lkaplan@skv.com
lveselka@skv.com

*Attorneys for CVS Health Corporation; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; Caremark Texas Mail Pharmacy, LLC; Aetna Rx Home Delivery, LLC; and Aetna Pharmacy Management Services, LLC*

Of Counsel:
Andrew Hatchett
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Facsimile: (404) 881-7777
andrew.hatchett@alston.com

Brian D. Boone
Emily C. McGowan
**ALSTON & BIRD LLP**
101 South Tryon Street
Charlotte, NC 28280
Tel.: (704) 444-1000

/s/ Justin E. VandenBout
Justin E. VandenBout
**Attorney-in-Charge**
State Bar No. 24060765
Federal Bar No. 912644
**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY**
1200 Smith Street, Ste. 1400
Houston, Texas 77002
Tel.: (713) 658-1818
Facsimile: (713) 658-2553
justin.vandenbout@chamberlainlaw.com

*Attorneys for Defendants Optum, Inc. and OptumRx, Inc.*

Facsimile: (704) 444-1111
brian.boone@alston.com
emily.mcgowan@alston.com

John Snyder
**ALSTON & BIRD LLP**
950 F Street NW
Washington, DC 20004
Tel.: (202) 239-3300
Facsimile: (202) 239-3333
john.snyder@alston.com

*Attorneys for Defendants Optum, Inc. and OptumRx, Inc.*

### Certificate of Service

I certify that on this 24th day of March, 2020, the foregoing was served by email and/or by electronic filing service on all counsel of record.

*/s/ Bryce L. Callahan*
Bryce L. Callahan

### Certificate of Conference

I certify that on the 24th day of March, 2020, the parties conferred and agreed that the foregoing motion should be filed and that the requested relief should be granted.

*/s/ Bryce L. Callahan*
Bryce L. Callahan