APPENDIX A:
SAMPLE OF HARRIS COUNTY EXPENDITURES FOR AT-ISSUE PRODUCTS
2013-2018[*]

| Grand Total | $27,531,371.68 |
|---|---|

| ELI LILLY AND COMPANY | | |
|---|---|---|
| **At-Issue Drugs** | **Type of Product** | **Harris Cost** |
| **TOTAL** | | **$11,912,189.50** |
| **Basaglar** | Analog (Long-Acting) | $360,502.64 |
| 2017 | | $21,007.48 |
| 2018 | | $339,495.16 |
| **Humalog** | Analog (Rapid-Acting) | $4,849,376.34 |
| 2013 | | $303,322.15 |
| 2014 | | $440,247.93 |
| 2015 | | $550,441.08 |
| 2016 | | $660,364.97 |
| 2017 | | $1,238,628.89 |
| 2018 | | $1,656,371.32 |
| **Humulin** | Human | $1,543,186.63 |
| 2013 | | $174,123.37 |
| 2014 | | $198,524.78 |
| 2015 | | $194,258.90 |
| 2016 | | $252,211.75 |
| 2017 | | $355,511.18 |
| 2018 | | $368,556.65 |
| **Trulicity** | Type 2 Medication | $5,159,123.89 |
| 2014 | | $1,922.15 |
| 2015 | | $133,281.05 |
| 2016 | | $487,987.73 |
| 2017 | | $1,843,972.03 |
| 2018 | | $2,691,960.93 |

---

[*] These charts reflect current available expenditure data; it does not present Harris County's total spend on drugs at-issue for the entire relevant time period.

| NOVO NORDISK | | |
|---|---|---|
| **At-Issue Drugs** | | **Harris Cost** |
| **TOTAL** | | **$8,967,429.34** |
| **Levemir** | Analog (Long-Acting) | **$1,539,038.29** |
| 2013 | | $154,726.22 |
| 2014 | | $277,977.85 |
| 2015 | | $378,555.06 |
| 2016 | | $381,859.09 |
| 2017 | | $59,282.04 |
| 2018 | | $286,638.03 |
| **Novolin** | Human | **$77,513.10** |
| 2013 | | $12,875.91 |
| 2014 | | $17,308.67 |
| 2015 | | $20,842.82 |
| 2016 | | $19,023.14 |
| 2017 | | $4,613.28 |
| 2018 | | $2,849.28 |
| **Novolog** | Analog (Rapid-Acting) | **$2,674,718.89** |
| 2013 | | $367,965.14 |
| 2014 | | $543,406.81 |
| 2015 | | $674,211.85 |
| 2016 | | $854,419.52 |
| 2017 | | $191,628.11 |
| 2018 | | $43,087.46 |
| **Ozempic** | Type 2 Medication | **$163,884.56** |
| 2018 | | $163,884.56 |
| **Tresiba** | Analog (Long-Acting) | **$1,056,794.18** |
| 2016 | | $117,749.33 |
| 2017 | | $143,106.87 |
| 2018 | | $795,937.98 |
| **Victoza** | Type 2 Medication | **$3,455,480.32** |
| 2013 | | $426,390.36 |
| 2014 | | $694,315.01 |
| 2015 | | $799,151.18 |
| 2016 | | $982,472.81 |
| 2017 | | $301,734.18 |
| 2018 | | $251,416.78 |

| SANOFI-AVENTIS | | |
|---|---|---|
| **At-Issue Drugs** | | **Harris Cost** |
| **TOTAL** | | **$6,651,752.84** |
| **Apidra** | **Analog (Rapid-Acting)** | **$537,691.29** |
| 2013 | | $60,575.29 |
| 2014 | | $105,570.85 |
| 2015 | | $148,698.70 |
| 2016 | | $153,630.34 |
| 2017 | | $44,789.28 |
| 2018 | | $24,426.83 |
| **Lantus** | **Analog (Long-Acting)** | **$5,254,721.30** |
| 2013 | | $724,796.93 |
| 2014 | | $1,100,704.39 |
| 2015 | | $1,092,002.94 |
| 2016 | | $1,082,001.90 |
| 2017 | | $964,726.09 |
| 2018 | | $290,489.05 |
| **Soliqua** | **Type 2 Medication** | **$46,526.35** |
| 2017 | | $16,556.14 |
| 2018 | | $29,970.21 |
| **Toujeo** | **Analog (Long-Acting)** | **$812,813.90** |
| 2015 | | $72,092.54 |
| 2016 | | $265,194.81 |
| 2017 | | $421,820.12 |
| 2018 | | $53,706.43 |