**APPENDIX B**

| Labeler | NDC Description | NDC | Claim Paid Date | Inflated Reported Price |
|---|---|---|---|---|
| SANOFI-AVENTIS | APIDRA 100 UNITS/ML VIAL | 00088250033 | 3/7/2013 | $ 128.29 |
| SANOFI-AVENTIS | APIDRA 100 UNITS/ML VIAL | 00088250033 | 4/9/2013 | $ 144.96 |
| SANOFI-AVENTIS | APIDRA 100 UNITS/ML VIAL | 00088250033 | 9/8/2013 | $ 166.56 |
| SANOFI-AVENTIS | APIDRA 100 UNITS/ML VIAL | 00088250033 | 12/20/2013 | $ 188.11 |
| SANOFI-AVENTIS | APIDRA 100 UNITS/ML VIAL | 00088250033 | 6/28/2014 | $ 221.82 |
| SANOFI-AVENTIS | APIDRA 100 UNITS/ML VIAL | 00088250033 | 2/3/2015 | $ 243.78 |
| SANOFI-AVENTIS | APIDRA 100 UNITS/ML VIAL | 00088250033 | 7/10/2015 | $ 267.91 |
| SANOFI-AVENTIS | APIDRA 100 UNITS/ML VIAL | 00088250033 | 1/14/2016 | $ 283.45 |
| SANOFI-AVENTIS | APIDRA 100 UNITS/ML VIAL | 00088250033 | 8/16/2016 | $ 306.13 |
| SANOFI-AVENTIS | APIDRA 100 UNITS/ML VIAL | 00088250033 | 1/31/2018 | $ 323.89 |
| SANOFI-AVENTIS | APIDRA 100 UNITS/ML VIAL | 00088250033 | 1/31/2019 | $ 340.74 |
| SANOFI-AVENTIS | APIDRA SOLOSTAR 100 UNITS/ML | 00088250205 | 3/2/2013 | $ 247.85 |
| SANOFI-AVENTIS | APIDRA SOLOSTAR 100 UNITS/ML | 00088250205 | 4/9/2013 | $ 279.83 |
| SANOFI-AVENTIS | APIDRA SOLOSTAR 100 UNITS/ML | 00088250205 | 9/11/2013 | $ 321.53 |
| SANOFI-AVENTIS | APIDRA SOLOSTAR 100 UNITS/ML | 00088250205 | 12/17/2013 | $ 363.13 |
| SANOFI-AVENTIS | APIDRA SOLOSTAR 100 UNITS/ML | 00088250205 | 6/28/2014 | $ 428.52 |
| SANOFI-AVENTIS | APIDRA SOLOSTAR 100 UNITS/ML | 00088250205 | 1/14/2015 | $ 470.94 |
| SANOFI-AVENTIS | APIDRA SOLOSTAR 100 UNITS/ML | 00088250205 | 6/15/2015 | $ 517.56 |
| SANOFI-AVENTIS | APIDRA SOLOSTAR 100 UNITS/ML | 00088250205 | 8/17/2016 | $ 591.40 |
| SANOFI-AVENTIS | APIDRA SOLOSTAR 100 UNITS/ML | 00088250205 | 1/24/2018 | $ 625.69 |
| SANOFI-AVENTIS | APIDRA SOLOSTAR 100 UNITS/ML | 00088250205 | 1/24/2019 | $ 658.22 |
| ELI LILLY & CO. | BASAGLAR 100 UNIT/ML KWIKPEN | 00002771501 | 1/31/2019 | $ 78.32 |
| ELI LILLY & CO. | BASAGLAR 100 UNIT/ML KWIKPEN | 00002771559 | 1/30/2017 | $ 380.22 |
| ELI LILLY & CO. | BASAGLAR 100 UNIT/ML KWIKPEN | 00002771559 | 12/18/2017 | $ 391.63 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751001 | 3/1/2013 | $ 168.48 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751001 | 7/30/2013 | $ 183.48 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751001 | 12/13/2013 | $ 201.24 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751001 | 6/9/2014 | $ 221.16 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751001 | 11/26/2014 | $ 243.12 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751001 | 6/2/2015 | $ 267.24 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751001 | 12/8/2015 | $ 284.40 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751001 | 7/15/2016 | $ 305.76 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751001 | 5/6/2017 | $ 329.64 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751017 | 7/22/2013 | $ 50.54 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751017 | 11/25/2016 | $ 91.73 |
| ELI LILLY & CO. | HUMALOG 100 UNIT/ML VIAL | 00002751017 | 5/31/2017 | $ 98.89 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML CARTRIDGE | 00002751659 | 5/21/2014 | $ 374.10 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML CARTRIDGE | 00002751659 | 3/24/2015 | $ 451.98 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML CARTRIDGE | 00002751659 | 4/18/2017 | $ 568.20 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML CARTRIDGE | 00002751659 | 6/24/2017 | $ 612.54 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879901 | 5/15/2014 | $ 77.75 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879901 | 6/13/2014 | $ 85.46 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879901 | 6/30/2015 | $ 103.25 |

| Labeler | NDC Description | NDC | Claim Paid Date | Inflated Reported Price |
|---|---|---|---|---|
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879959 | 3/1/2013 | $ 325.32 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879959 | 7/30/2013 | $ 354.42 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879959 | 12/14/2013 | $ 388.74 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879959 | 6/7/2014 | $ 427.32 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879959 | 11/26/2014 | $ 469.80 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879959 | 6/2/2015 | $ 516.24 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879959 | 12/4/2015 | $ 549.18 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879959 | 7/14/2016 | $ 590.40 |
| ELI LILLY & CO. | HUMALOG 100 UNITS/ML KWIKPEN | 00002879959 | 5/6/2017 | $ 636.48 |
| ELI LILLY & CO. | HUMALOG 200 UNITS/ML KWIKPEN | 00002771227 | 10/14/2015 | $ 412.99 |
| ELI LILLY & CO. | HUMALOG 200 UNITS/ML KWIKPEN | 00002771227 | 12/7/2015 | $ 439.34 |
| ELI LILLY & CO. | HUMALOG 200 UNITS/ML KWIKPEN | 00002771227 | 7/14/2016 | $ 472.32 |
| ELI LILLY & CO. | HUMALOG 200 UNITS/ML KWIKPEN | 00002771227 | 5/6/2017 | $ 509.18 |
| ELI LILLY & CO. | HUMALOG JR 100 UNIT/ML KWIKPEN | 00002771459 | 6/24/2018 | $ 636.48 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 KWIKPEN | 00002879859 | 3/8/2013 | $ 325.31 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 KWIKPEN | 00002879859 | 8/8/2013 | $ 354.42 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 KWIKPEN | 00002879859 | 1/2/2014 | $ 388.74 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 KWIKPEN | 00002879859 | 7/28/2014 | $ 427.32 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 KWIKPEN | 00002879859 | 12/23/2014 | $ 469.80 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 KWIKPEN | 00002879859 | 6/18/2015 | $ 516.24 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 KWIKPEN | 00002879859 | 1/4/2016 | $ 549.18 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 KWIKPEN | 00002879859 | 7/19/2016 | $ 590.40 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 KWIKPEN | 00002879859 | 6/24/2017 | $ 636.48 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 VIAL | 00002751201 | 3/15/2013 | $ 168.48 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 VIAL | 00002751201 | 9/3/2013 | $ 185.22 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 VIAL | 00002751201 | 1/3/2014 | $ 208.50 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 VIAL | 00002751201 | 7/23/2014 | $ 229.20 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 VIAL | 00002751201 | 3/2/2015 | $ 251.99 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 VIAL | 00002751201 | 11/6/2015 | $ 276.96 |
| ELI LILLY & CO. | HUMALOG MIX 50-50 VIAL | 00002751201 | 5/12/2016 | $ 294.72 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879701 | 1/14/2015 | $ 93.96 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879701 | 9/15/2015 | $ 103.25 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879701 | 12/30/2015 | $ 109.84 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879759 | 3/1/2013 | $ 325.32 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879759 | 8/1/2013 | $ 354.42 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879759 | 12/17/2013 | $ 388.74 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879759 | 6/8/2014 | $ 427.32 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879759 | 11/26/2014 | $ 469.80 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879759 | 6/2/2015 | $ 516.24 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879759 | 12/3/2015 | $ 549.18 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879759 | 7/18/2016 | $ 590.40 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 KWIKPEN | 00002879759 | 5/6/2017 | $ 636.48 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 VIAL | 00002751101 | 3/1/2013 | $ 168.48 |

| Labeler | NDC Description | NDC | Claim Paid Date | Inflated Reported Price |
|---|---|---|---|---|
| ELI LILLY & CO. | HUMALOG MIX 75-25 VIAL | 00002751101 | 7/31/2013 | $ 185.22 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 VIAL | 00002751101 | 12/21/2013 | $ 208.50 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 VIAL | 00002751101 | 6/6/2014 | $ 229.20 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 VIAL | 00002751101 | 11/26/2014 | $ 251.99 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 VIAL | 00002751101 | 6/20/2015 | $ 276.96 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 VIAL | 00002751101 | 12/6/2015 | $ 294.72 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 VIAL | 00002751101 | 8/1/2016 | $ 316.92 |
| ELI LILLY & CO. | HUMALOG MIX 75-25 VIAL | 00002751101 | 5/18/2017 | $ 341.64 |
| ELI LILLY & CO. | HUMULIN 70/30 KWIKPEN | 00002880359 | 5/12/2014 | $ 345.60 |
| ELI LILLY & CO. | HUMULIN 70/30 KWIKPEN | 00002880359 | 6/10/2014 | $ 379.80 |
| ELI LILLY & CO. | HUMULIN 70/30 KWIKPEN | 00002880359 | 12/16/2014 | $ 417.40 |
| ELI LILLY & CO. | HUMULIN 70/30 KWIKPEN | 00002880359 | 6/9/2015 | $ 458.82 |
| ELI LILLY & CO. | HUMULIN 70/30 KWIKPEN | 00002880359 | 12/8/2015 | $ 488.16 |
| ELI LILLY & CO. | HUMULIN 70/30 KWIKPEN | 00002880359 | 7/25/2016 | $ 524.70 |
| ELI LILLY & CO. | HUMULIN 70/30 KWIKPEN | 00002880359 | 6/6/2017 | $ 565.56 |
| ELI LILLY & CO. | HUMULIN 70-30 PEN | 00002877059 | 3/14/2013 | $ 289.26 |
| ELI LILLY & CO. | HUMULIN 70-30 PEN | 00002877059 | 6/21/2013 | $ 313.98 |
| ELI LILLY & CO. | HUMULIN 70-30 PEN | 00002877059 | 12/20/2013 | $ 345.60 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871501 | 3/2/2013 | $ 91.20 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871501 | 6/10/2013 | $ 99.00 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871501 | 12/15/2013 | $ 108.96 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871501 | 6/6/2014 | $ 119.76 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871501 | 11/26/2014 | $ 131.64 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871501 | 6/2/2015 | $ 144.72 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871501 | 12/4/2015 | $ 153.96 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871501 | 7/27/2016 | $ 165.48 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871501 | 5/6/2017 | $ 178.44 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871517 | 4/27/2015 | $ 39.49 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871517 | 12/11/2015 | $ 46.19 |
| ELI LILLY & CO. | HUMULIN 70-30 VIAL | 00002871517 | 8/6/2019 | $ 53.53 |
| ELI LILLY & CO. | HUMULIN N 100 UNIT/ML VIAL | 00002831501 | 3/1/2013 | $ 91.20 |
| ELI LILLY & CO. | HUMULIN N 100 UNIT/ML VIAL | 00002831501 | 6/7/2013 | $ 99.00 |
| ELI LILLY & CO. | HUMULIN N 100 UNIT/ML VIAL | 00002831501 | 12/19/2013 | $ 108.96 |
| ELI LILLY & CO. | HUMULIN N 100 UNIT/ML VIAL | 00002831501 | 6/6/2014 | $ 119.76 |
| ELI LILLY & CO. | HUMULIN N 100 UNIT/ML VIAL | 00002831501 | 11/30/2014 | $ 131.64 |
| ELI LILLY & CO. | HUMULIN N 100 UNIT/ML VIAL | 00002831501 | 6/6/2015 | $ 144.72 |
| ELI LILLY & CO. | HUMULIN N 100 UNIT/ML VIAL | 00002831501 | 12/6/2015 | $ 153.96 |
| ELI LILLY & CO. | HUMULIN N 100 UNIT/ML VIAL | 00002831501 | 7/13/2016 | $ 165.48 |
| ELI LILLY & CO. | HUMULIN N 100 UNIT/ML VIAL | 00002831501 | 5/6/2017 | $ 178.44 |
| ELI LILLY & CO. | HUMULIN N 100 UNIT/ML VIAL | 00002831517 | 9/6/2018 | $ 53.53 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML KWIKPEN | 00002880559 | 5/2/2014 | $ 345.60 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML KWIKPEN | 00002880559 | 7/8/2014 | $ 379.80 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML KWIKPEN | 00002880559 | 12/15/2014 | $ 417.40 |

| Labeler | NDC Description | NDC | Claim Paid Date | Inflated Reported Price |
|---|---|---|---|---|
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML KWIKPEN | 00002880559 | 6/13/2015 | $ 458.82 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML KWIKPEN | 00002880559 | 12/9/2015 | $ 488.16 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML KWIKPEN | 00002880559 | 8/1/2016 | $ 524.70 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML KWIKPEN | 00002880559 | 1/19/2017 | $ 52.47 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML KWIKPEN | 00002880559 | 5/24/2017 | $ 565.56 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML PEN | 00002873001 | 3/28/2013 | $ 289.26 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML PEN | 00002873001 | 6/18/2013 | $ 313.98 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML PEN | 00002873059 | 3/5/2013 | $ 289.26 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML PEN | 00002873059 | 6/10/2013 | $ 313.98 |
| ELI LILLY & CO. | HUMULIN N 100 UNITS/ML PEN | 00002873059 | 12/13/2013 | $ 345.60 |
| ELI LILLY & CO. | HUMULIN R 100 UNIT/ML VIAL | 00002821501 | 3/5/2013 | $ 91.20 |
| ELI LILLY & CO. | HUMULIN R 100 UNIT/ML VIAL | 00002821501 | 6/15/2013 | $ 99.00 |
| ELI LILLY & CO. | HUMULIN R 100 UNIT/ML VIAL | 00002821501 | 12/17/2013 | $ 108.96 |
| ELI LILLY & CO. | HUMULIN R 100 UNIT/ML VIAL | 00002821501 | 6/9/2014 | $ 119.76 |
| ELI LILLY & CO. | HUMULIN R 100 UNIT/ML VIAL | 00002821501 | 12/3/2014 | $ 131.64 |
| ELI LILLY & CO. | HUMULIN R 100 UNIT/ML VIAL | 00002821501 | 6/8/2015 | $ 144.72 |
| ELI LILLY & CO. | HUMULIN R 100 UNIT/ML VIAL | 00002821501 | 12/18/2015 | $ 153.96 |
| ELI LILLY & CO. | HUMULIN R 100 UNIT/ML VIAL | 00002821501 | 8/3/2016 | $ 165.48 |
| ELI LILLY & CO. | HUMULIN R 100 UNIT/ML VIAL | 00002821501 | 5/12/2017 | $ 178.44 |
| ELI LILLY & CO. | HUMULIN R 100 UNIT/ML VIAL | 00002821517 | 7/31/2013 | $ 29.70 |
| ELI LILLY & CO. | HUMULIN R 100 UNIT/ML VIAL | 00002821517 | 7/22/2016 | $ 49.64 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML KWIKPEN | 00002882427 | 4/29/2016 | $ 594.60 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML KWIKPEN | 00002882427 | 7/18/2016 | $ 639.10 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML KWIKPEN | 00002882427 | 5/6/2017 | $ 689.04 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML VIAL | 00002850101 | 3/7/2013 | $ 912.00 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML VIAL | 00002850101 | 6/12/2013 | $ 990.00 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML VIAL | 00002850101 | 12/14/2013 | $1,089.60 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML VIAL | 00002850101 | 6/10/2014 | $1,197.60 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML VIAL | 00002850101 | 11/29/2014 | $1,316.40 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML VIAL | 00002850101 | 6/8/2015 | $1,447.20 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML VIAL | 00002850101 | 12/4/2015 | $1,539.60 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML VIAL | 00002850101 | 7/15/2016 | $1,654.80 |
| ELI LILLY & CO. | HUMULIN R 500 UNITS/ML VIAL | 00002850101 | 5/6/2017 | $1,784.40 |
| SANOFI-AVENTIS | LANTUS 100 UNIT/ML VIAL | 00088222033 | 3/1/2013 | $ 158.15 |
| SANOFI-AVENTIS | LANTUS 100 UNIT/ML VIAL | 00088222033 | 4/27/2013 | $ 173.81 |
| SANOFI-AVENTIS | LANTUS 100 UNIT/ML VIAL | 00088222033 | 8/3/2013 | $ 199.70 |
| SANOFI-AVENTIS | LANTUS 100 UNIT/ML VIAL | 00088222033 | 12/17/2013 | $ 229.54 |
| SANOFI-AVENTIS | LANTUS 100 UNIT/ML VIAL | 00088222033 | 5/31/2014 | $ 266.50 |
| SANOFI-AVENTIS | LANTUS 100 UNIT/ML VIAL | 00088222033 | 11/12/2014 | $ 298.21 |
| SANOFI-AVENTIS | LANTUS 100 UNIT/ML VIAL | 00088222033 | 9/30/2017 | $ 307.16 |
| SANOFI-AVENTIS | LANTUS 100 UNIT/ML VIAL | 00088222033 | 4/30/2018 | $ 323.45 |
| SANOFI-AVENTIS | LANTUS SOLOSTAR 100 UNIT/ML | 00088221905 | 3/1/2013 | $ 273.92 |
| SANOFI-AVENTIS | LANTUS SOLOSTAR 100 UNIT/ML | 00088221905 | 4/26/2013 | $ 301.04 |

| Labeler | NDC Description | NDC | Claim Paid Date | Inflated Reported Price |
|---|---|---|---|---|
| SANOFI-AVENTIS | LANTUS SOLOSTAR 100 UNIT/ML | 00088221905 | 8/2/2013 | $ 330.85 |
| SANOFI-AVENTIS | LANTUS SOLOSTAR 100 UNIT/ML | 00088221905 | 12/17/2013 | $ 363.74 |
| SANOFI-AVENTIS | LANTUS SOLOSTAR 100 UNIT/ML | 00088221905 | 5/31/2014 | $ 399.74 |
| SANOFI-AVENTIS | LANTUS SOLOSTAR 100 UNIT/ML | 00088221905 | 11/11/2014 | $ 447.31 |
| SANOFI-AVENTIS | LANTUS SOLOSTAR 100 UNIT/ML | 00088221905 | 9/30/2017 | $ 460.73 |
| SANOFI-AVENTIS | LANTUS SOLOSTAR 100 UNIT/ML | 00088221905 | 5/12/2018 | $ 485.15 |
| SANOFI-AVENTIS | LANTUS SOLOSTAR 100 UNIT/ML | 00088221905 | 1/31/2019 | $ 510.37 |
| NOVO NORDISK | LEVEMIR 100 UNIT/ML VIAL | 00169368712 | 3/11/2013 | $ 162.14 |
| NOVO NORDISK | LEVEMIR 100 UNIT/ML VIAL | 00169368712 | 5/4/2013 | $ 178.19 |
| NOVO NORDISK | LEVEMIR 100 UNIT/ML VIAL | 00169368712 | 8/28/2013 | $ 199.70 |
| NOVO NORDISK | LEVEMIR 100 UNIT/ML VIAL | 00169368712 | 12/30/2013 | $ 229.54 |
| NOVO NORDISK | LEVEMIR 100 UNIT/ML VIAL | 00169368712 | 6/5/2014 | $ 266.50 |
| NOVO NORDISK | LEVEMIR 100 UNIT/ML VIAL | 00169368712 | 11/20/2014 | $ 298.21 |
| NOVO NORDISK | LEVEMIR 100 UNIT/ML VIAL | 00169368712 | 8/26/2015 | $ 322.80 |
| NOVO NORDISK | LEVEMIR 100 UNIT/ML VIAL | 00169368712 | 1/12/2018 | $ 335.71 |
| NOVO NORDISK | LEVEMIR 100 UNIT/ML VIAL | 00169368712 | 7/6/2018 | $ 352.50 |
| NOVO NORDISK | LEVEMIR 100 UNIT/ML VIAL | 00169368712 | 1/12/2019 | $ 369.77 |
| NOVO NORDISK | LEVEMIR FLEXPEN 100 UNITS/ML | 00169643910 | 3/1/2013 | $ 272.34 |
| NOVO NORDISK | LEVEMIR FLEXPEN 100 UNITS/ML | 00169643910 | 5/4/2013 | $ 299.29 |
| NOVO NORDISK | LEVEMIR FLEXPEN 100 UNITS/ML | 00169643910 | 8/28/2013 | $ 330.85 |
| NOVO NORDISK | LEVEMIR FLEXPEN 100 UNITS/ML | 00169643910 | 12/24/2013 | $ 363.74 |
| NOVO NORDISK | LEVEMIR FLEXPEN 100 UNITS/ML | 00169643910 | 6/4/2014 | $ 399.74 |
| NOVO NORDISK | LEVEMIR FLEXTOUCH 100 UNIT/ML | 00169643810 | 7/5/2014 | $ 399.74 |
| NOVO NORDISK | LEVEMIR FLEXTOUCH 100 UNIT/ML | 00169643810 | 11/19/2014 | $ 447.31 |
| NOVO NORDISK | LEVEMIR FLEXTOUCH 100 UNIT/ML | 00169643810 | 8/26/2015 | $ 484.20 |
| NOVO NORDISK | LEVEMIR FLEXTOUCH 100 UNIT/ML | 00169643810 | 1/12/2018 | $ 503.57 |
| NOVO NORDISK | LEVEMIR FLEXTOUCH 100 UNIT/ML | 00169643810 | 7/6/2018 | $ 528.74 |
| NOVO NORDISK | LEVEMIR FLEXTOUCH 100 UNIT/ML | 00169643810 | 1/12/2019 | $ 554.65 |
| NOVO NORDISK | NOVOLIN 70-30 100 UNIT/ML VIAL | 00169183711 | 3/3/2013 | $ 90.95 |
| NOVO NORDISK | NOVOLIN 70-30 100 UNIT/ML VIAL | 00169183711 | 6/30/2013 | $ 99.00 |
| NOVO NORDISK | NOVOLIN 70-30 100 UNIT/ML VIAL | 00169183711 | 12/16/2013 | $ 108.78 |
| NOVO NORDISK | NOVOLIN 70-30 100 UNIT/ML VIAL | 00169183711 | 5/29/2014 | $ 119.58 |
| NOVO NORDISK | NOVOLIN 70-30 100 UNIT/ML VIAL | 00169183711 | 11/19/2014 | $ 131.47 |
| NOVO NORDISK | NOVOLIN 70-30 100 UNIT/ML VIAL | 00169183711 | 5/26/2015 | $ 144.54 |
| NOVO NORDISK | NOVOLIN 70-30 100 UNIT/ML VIAL | 00169183711 | 12/17/2015 | $ 153.12 |
| NOVO NORDISK | NOVOLIN 70-30 100 UNIT/ML VIAL | 00169183711 | 7/13/2016 | $ 165.24 |
| NOVO NORDISK | NOVOLIN N 100 UNIT/ML VIAL | 00169183411 | 3/7/2013 | $ 90.95 |
| NOVO NORDISK | NOVOLIN N 100 UNIT/ML VIAL | 00169183411 | 7/1/2013 | $ 99.00 |
| NOVO NORDISK | NOVOLIN N 100 UNIT/ML VIAL | 00169183411 | 12/4/2013 | $ 108.78 |
| NOVO NORDISK | NOVOLIN N 100 UNIT/ML VIAL | 00169183411 | 5/30/2014 | $ 119.58 |
| NOVO NORDISK | NOVOLIN N 100 UNIT/ML VIAL | 00169183411 | 12/10/2014 | $ 131.47 |
| NOVO NORDISK | NOVOLIN N 100 UNIT/ML VIAL | 00169183411 | 6/17/2015 | $ 144.54 |
| NOVO NORDISK | NOVOLIN N 100 UNIT/ML VIAL | 00169183411 | 12/7/2015 | $ 153.12 |

| Labeler | NDC Description | NDC | Claim Paid Date | Inflated Reported Price |
|---|---|---|---|---|
| NOVO NORDISK | NOVOLIN N 100 UNIT/ML VIAL | 00169183411 | 7/6/2016 | $ 165.24 |
| NOVO NORDISK | NOVOLIN R 100 UNIT/ML VIAL | 00169183311 | 3/4/2013 | $ 90.95 |
| NOVO NORDISK | NOVOLIN R 100 UNIT/ML VIAL | 00169183311 | 7/15/2013 | $ 99.00 |
| NOVO NORDISK | NOVOLIN R 100 UNIT/ML VIAL | 00169183311 | 12/4/2013 | $ 108.78 |
| NOVO NORDISK | NOVOLIN R 100 UNIT/ML VIAL | 00169183311 | 5/30/2014 | $ 119.58 |
| NOVO NORDISK | NOVOLIN R 100 UNIT/ML VIAL | 00169183311 | 12/12/2014 | $ 131.47 |
| NOVO NORDISK | NOVOLIN R 100 UNIT/ML VIAL | 00169183311 | 7/7/2015 | $ 144.54 |
| NOVO NORDISK | NOVOLIN R 100 UNIT/ML VIAL | 00169183311 | 12/21/2015 | $ 153.12 |
| NOVO NORDISK | NOVOLIN R 100 UNIT/ML VIAL | 00169183311 | 7/27/2016 | $ 165.24 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML CARTRIDGE | 00169330312 | 5/31/2013 | $ 315.80 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML CARTRIDGE | 00169330312 | 7/22/2013 | $ 341.06 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML CARTRIDGE | 00169330312 | 12/20/2013 | $ 374.83 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML CARTRIDGE | 00169330312 | 6/12/2014 | $ 412.08 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML CARTRIDGE | 00169330312 | 2/9/2015 | $ 453.07 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML CARTRIDGE | 00169330312 | 6/18/2015 | $ 498.12 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML CARTRIDGE | 00169330312 | 1/9/2016 | $ 527.52 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML CARTRIDGE | 00169330312 | 7/22/2016 | $ 569.28 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML CARTRIDGE | 00169330312 | 3/18/2017 | $ 614.26 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML CARTRIDGE | 00169330312 | 12/18/2018 | $ 644.96 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML FLEXPEN | 00169633910 | 3/1/2013 | $ 328.37 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML FLEXPEN | 00169633910 | 7/21/2013 | $ 354.64 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML FLEXPEN | 00169633910 | 12/5/2013 | $ 389.76 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML FLEXPEN | 00169633910 | 5/29/2014 | $ 428.52 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML FLEXPEN | 00169633910 | 11/19/2014 | $ 471.16 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML FLEXPEN | 00169633910 | 5/20/2015 | $ 517.92 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML FLEXPEN | 00169633910 | 12/3/2015 | $ 548.52 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML FLEXPEN | 00169633910 | 7/7/2016 | $ 591.90 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML FLEXPEN | 00169633910 | 2/24/2017 | $ 638.66 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML FLEXPEN | 00169633910 | 8/6/2018 | $ 670.60 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML VIAL | 00169750111 | 3/1/2013 | $ 170.00 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML VIAL | 00169750111 | 7/20/2013 | $ 183.60 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML VIAL | 00169750111 | 12/3/2013 | $ 201.78 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML VIAL | 00169750111 | 5/31/2014 | $ 221.82 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML VIAL | 00169750111 | 11/19/2014 | $ 243.89 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML VIAL | 00169750111 | 5/21/2015 | $ 268.14 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML VIAL | 00169750111 | 12/2/2015 | $ 284.04 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML VIAL | 00169750111 | 7/7/2016 | $ 306.48 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML VIAL | 00169750111 | 2/24/2017 | $ 330.70 |
| NOVO NORDISK | NOVOLOG 100 UNIT/ML VIAL | 00169750111 | 7/24/2018 | $ 347.23 |
| NOVO NORDISK | NOVOLOG MIX 70-30 FLEXPEN | 00169369619 | 3/3/2013 | $ 328.37 |
| NOVO NORDISK | NOVOLOG MIX 70-30 FLEXPEN | 00169369619 | 7/22/2013 | $ 354.64 |
| NOVO NORDISK | NOVOLOG MIX 70-30 FLEXPEN | 00169369619 | 12/5/2013 | $ 389.76 |
| NOVO NORDISK | NOVOLOG MIX 70-30 FLEXPEN | 00169369619 | 5/29/2014 | $ 428.52 |

| Labeler | NDC Description | NDC | Claim Paid Date | Inflated Reported Price |
|---|---|---|---|---|
| NOVO NORDISK | NOVOLOG MIX 70-30 FLEXPEN | 00169369619 | 11/20/2014 | $ 471.16 |
| NOVO NORDISK | NOVOLOG MIX 70-30 FLEXPEN | 00169369619 | 5/21/2015 | $ 517.92 |
| NOVO NORDISK | NOVOLOG MIX 70-30 FLEXPEN | 00169369619 | 12/3/2015 | $ 548.52 |
| NOVO NORDISK | NOVOLOG MIX 70-30 FLEXPEN | 00169369619 | 7/8/2016 | $ 591.90 |
| NOVO NORDISK | NOVOLOG MIX 70-30 FLEXPEN | 00169369619 | 2/24/2017 | $ 638.66 |
| NOVO NORDISK | NOVOLOG MIX 70-30 VIAL | 00169368512 | 3/5/2013 | $ 176.35 |
| NOVO NORDISK | NOVOLOG MIX 70-30 VIAL | 00169368512 | 7/24/2013 | $ 190.46 |
| NOVO NORDISK | NOVOLOG MIX 70-30 VIAL | 00169368512 | 12/5/2013 | $ 209.33 |
| NOVO NORDISK | NOVOLOG MIX 70-30 VIAL | 00169368512 | 5/29/2014 | $ 230.10 |
| NOVO NORDISK | NOVOLOG MIX 70-30 VIAL | 00169368512 | 11/21/2014 | $ 252.98 |
| NOVO NORDISK | NOVOLOG MIX 70-30 VIAL | 00169368512 | 5/20/2015 | $ 278.10 |
| NOVO NORDISK | NOVOLOG MIX 70-30 VIAL | 00169368512 | 12/8/2015 | $ 294.60 |
| NOVO NORDISK | NOVOLOG MIX 70-30 VIAL | 00169368512 | 7/7/2016 | $ 317.88 |
| NOVO NORDISK | NOVOLOG MIX 70-30 VIAL | 00169368512 | 2/27/2017 | $ 343.00 |
| NOVO NORDISK | OZEMPIC 0.25-0.5 MG DOSE PEN | 00169413212 | 5/6/2018 | $ 811.20 |
| NOVO NORDISK | OZEMPIC 0.25-0.5 MG DOSE PEN | 00169413212 | 7/6/2018 | $ 875.28 |
| NOVO NORDISK | OZEMPIC 0.25-0.5 MG DOSE PEN | 00169413212 | 1/12/2019 | $ 926.92 |
| NOVO NORDISK | OZEMPIC 1 MG DOSE PEN | 00169413602 | 4/24/2018 | $ 811.20 |
| NOVO NORDISK | OZEMPIC 1 MG DOSE PEN | 00169413602 | 7/6/2018 | $ 875.28 |
| NOVO NORDISK | OZEMPIC 1 MG DOSE PEN | 00169413602 | 1/12/2019 | $ 926.92 |
| ELI LILLY & CO. | RELION HUMULIN 70-30 VIAL | 00002871591 | 3/20/2013 | $ 21.78 |
| ELI LILLY & CO. | RELION HUMULIN R 100 UNIT/ML | 00002821591 | 3/23/2013 | $ 21.78 |
| NOVO NORDISK | RELION NOVOLIN 70-30 VIAL | 00169183702 | 3/26/2013 | $ 90.95 |
| NOVO NORDISK | RELION NOVOLIN 70-30 VIAL | 00169183702 | 7/2/2013 | $ 99.00 |
| NOVO NORDISK | RELION NOVOLIN 70-30 VIAL | 00169183702 | 12/12/2013 | $ 108.78 |
| NOVO NORDISK | RELION NOVOLIN 70-30 VIAL | 00169183702 | 6/6/2014 | $ 119.58 |
| NOVO NORDISK | RELION NOVOLIN 70-30 VIAL | 00169183702 | 11/24/2014 | $ 131.47 |
| NOVO NORDISK | RELION NOVOLIN 70-30 VIAL | 00169183702 | 5/22/2015 | $ 144.54 |
| NOVO NORDISK | RELION NOVOLIN 70-30 VIAL | 00169183702 | 12/3/2015 | $ 153.12 |
| NOVO NORDISK | RELION NOVOLIN 70-30 VIAL | 00169183702 | 7/7/2016 | $ 165.24 |
| NOVO NORDISK | RELION NOVOLIN N 100 UNIT/ML | 00169183402 | 3/4/2013 | $ 90.95 |
| NOVO NORDISK | RELION NOVOLIN N 100 UNIT/ML | 00169183402 | 7/1/2013 | $ 99.00 |
| NOVO NORDISK | RELION NOVOLIN N 100 UNIT/ML | 00169183402 | 12/9/2013 | $ 108.78 |
| NOVO NORDISK | RELION NOVOLIN N 100 UNIT/ML | 00169183402 | 6/1/2014 | $ 119.58 |
| NOVO NORDISK | RELION NOVOLIN N 100 UNIT/ML | 00169183402 | 12/5/2014 | $ 131.47 |
| NOVO NORDISK | RELION NOVOLIN N 100 UNIT/ML | 00169183402 | 5/26/2015 | $ 144.54 |
| NOVO NORDISK | RELION NOVOLIN N 100 UNIT/ML | 00169183402 | 12/3/2015 | $ 153.12 |
| NOVO NORDISK | RELION NOVOLIN N 100 UNIT/ML | 00169183402 | 7/14/2016 | $ 165.24 |
| NOVO NORDISK | RELION NOVOLIN R 100 UNIT/ML | 00169183302 | 11/27/2013 | $ 99.00 |
| NOVO NORDISK | RELION NOVOLIN R 100 UNIT/ML | 00169183302 | 12/9/2013 | $ 108.78 |
| NOVO NORDISK | RELION NOVOLIN R 100 UNIT/ML | 00169183302 | 7/14/2014 | $ 119.58 |
| NOVO NORDISK | RELION NOVOLIN R 100 UNIT/ML | 00169183302 | 11/25/2014 | $ 131.47 |
| NOVO NORDISK | RELION NOVOLIN R 100 UNIT/ML | 00169183302 | 5/26/2015 | $ 144.54 |

| Labeler | NDC Description | NDC | Claim Paid Date | Inflated Reported Price |
|---|---|---|---|---|
| NOVO NORDISK | RELION NOVOLIN R 100 UNIT/ML | 00169183302 | 12/3/2015 | $ 153.12 |
| NOVO NORDISK | RELION NOVOLIN R 100 UNIT/ML | 00169183302 | 9/13/2016 | $ 165.24 |
| SANOFI-AVENTIS | SOLIQUA 100 UNIT-33 MCG/ML PEN | 00024576105 | 5/18/2017 | $ 762.00 |
| SANOFI-AVENTIS | SOLIQUA 100 UNIT-33 MCG/ML PEN | 00024576105 | 1/12/2018 | $ 806.20 |
| SANOFI-AVENTIS | SOLIQUA 100 UNIT-33 MCG/ML PEN | 00024576105 | 1/6/2019 | $ 848.12 |
| SANOFI-AVENTIS | TOUJEO MAX SOLOSTR 300 UNIT/ML | 00024587102 | 1/18/2019 | $ 621.96 |
| SANOFI-AVENTIS | TOUJEO SOLOSTAR 300 UNIT/ML | 00024586903 | 4/22/2015 | $ 402.58 |
| SANOFI-AVENTIS | TOUJEO SOLOSTAR 300 UNIT/ML | 00024586903 | 9/30/2017 | $ 424.32 |
| SANOFI-AVENTIS | TOUJEO SOLOSTAR 300 UNIT/ML | 00024586903 | 5/24/2018 | $ 446.81 |
| SANOFI-AVENTIS | TOUJEO SOLOSTAR 300 UNIT/ML | 00024586903 | 1/24/2019 | $ 466.46 |
| NOVO NORDISK | TRESIBA 100 UNIT/ML VIAL | 00169266211 | 7/31/2019 | $ 406.74 |
| NOVO NORDISK | TRESIBA FLEXTOUCH 100 UNIT/ML | 00169266015 | 2/15/2016 | $ 532.62 |
| NOVO NORDISK | TRESIBA FLEXTOUCH 100 UNIT/ML | 00169266015 | 1/6/2018 | $ 553.92 |
| NOVO NORDISK | TRESIBA FLEXTOUCH 100 UNIT/ML | 00169266015 | 7/6/2018 | $ 581.62 |
| NOVO NORDISK | TRESIBA FLEXTOUCH 100 UNIT/ML | 00169266015 | 1/12/2019 | $ 610.12 |
| NOVO NORDISK | TRESIBA FLEXTOUCH 200 UNIT/ML | 00169255013 | 1/13/2016 | $ 639.14 |
| NOVO NORDISK | TRESIBA FLEXTOUCH 200 UNIT/ML | 00169255013 | 1/6/2018 | $ 664.70 |
| NOVO NORDISK | TRESIBA FLEXTOUCH 200 UNIT/ML | 00169255013 | 7/6/2018 | $ 697.94 |
| NOVO NORDISK | TRESIBA FLEXTOUCH 200 UNIT/ML | 00169255013 | 1/12/2019 | $ 732.13 |
| ELI LILLY & CO. | TRULICITY 0.75 MG/0.5 ML PEN | 00002143380 | 12/4/2014 | $ 585.98 |
| ELI LILLY & CO. | TRULICITY 0.75 MG/0.5 ML PEN | 00002143380 | 6/9/2015 | $ 638.16 |
| ELI LILLY & CO. | TRULICITY 0.75 MG/0.5 ML PEN | 00002143380 | 12/27/2015 | $ 689.76 |
| ELI LILLY & CO. | TRULICITY 0.75 MG/0.5 ML PEN | 00002143380 | 8/19/2016 | $ 751.20 |
| ELI LILLY & CO. | TRULICITY 0.75 MG/0.5 ML PEN | 00002143380 | 5/6/2017 | $ 811.20 |
| ELI LILLY & CO. | TRULICITY 0.75 MG/0.5 ML PEN | 00002143380 | 3/6/2018 | $ 876.24 |
| ELI LILLY & CO. | TRULICITY 0.75 MG/0.5 ML PEN | 00002143380 | 2/24/2019 | $ 911.28 |
| ELI LILLY & CO. | TRULICITY 1.5 MG/0.5 ML PEN | 00002143480 | 11/13/2014 | $ 585.98 |
| ELI LILLY & CO. | TRULICITY 1.5 MG/0.5 ML PEN | 00002143480 | 3/26/2015 | $ 586.00 |
| ELI LILLY & CO. | TRULICITY 1.5 MG/0.5 ML PEN | 00002143480 | 6/19/2015 | $ 638.16 |
| ELI LILLY & CO. | TRULICITY 1.5 MG/0.5 ML PEN | 00002143480 | 12/26/2015 | $ 689.76 |
| ELI LILLY & CO. | TRULICITY 1.5 MG/0.5 ML PEN | 00002143480 | 8/19/2016 | $ 751.20 |
| ELI LILLY & CO. | TRULICITY 1.5 MG/0.5 ML PEN | 00002143480 | 5/6/2017 | $ 811.20 |
| ELI LILLY & CO. | TRULICITY 1.5 MG/0.5 ML PEN | 00002143480 | 3/6/2018 | $ 876.24 |
| ELI LILLY & CO. | TRULICITY 1.5 MG/0.5 ML PEN | 00002143480 | 2/24/2019 | $ 911.28 |
| NOVO NORDISK | VICTOZA 2-PAK 18 MG/3 ML PEN | 00169406012 | 3/4/2013 | $ 364.01 |
| NOVO NORDISK | VICTOZA 2-PAK 18 MG/3 ML PEN | 00169406012 | 4/19/2013 | $ 393.12 |
| NOVO NORDISK | VICTOZA 2-PAK 18 MG/3 ML PEN | 00169406012 | 12/4/2013 | $ 428.54 |
| NOVO NORDISK | VICTOZA 2-PAK 18 MG/3 ML PEN | 00169406012 | 7/3/2014 | $ 470.88 |
| NOVO NORDISK | VICTOZA 2-PAK 18 MG/3 ML PEN | 00169406012 | 3/4/2015 | $ 512.78 |
| NOVO NORDISK | VICTOZA 2-PAK 18 MG/3 ML PEN | 00169406012 | 12/19/2015 | $ 554.04 |
| NOVO NORDISK | VICTOZA 2-PAK 18 MG/3 ML PEN | 00169406012 | 9/7/2016 | $ 598.10 |
| NOVO NORDISK | VICTOZA 2-PAK 18 MG/3 ML PEN | 00169406012 | 7/24/2017 | $ 645.34 |
| NOVO NORDISK | VICTOZA 2-PAK 18 MG/3 ML PEN | 00169406012 | 7/6/2018 | $ 696.31 |

| Labeler | NDC Description | NDC | Claim Paid Date | Inflated Reported Price |
|---|---|---|---|---|
| NOVO NORDISK | VICTOZA 2-PAK 18 MG/3 ML PEN | 00169406012 | 1/12/2019 | $ 737.42 |
| NOVO NORDISK | VICTOZA 3-PAK 18 MG/3 ML PEN | 00169406013 | 3/1/2013 | $ 546.01 |
| NOVO NORDISK | VICTOZA 3-PAK 18 MG/3 ML PEN | 00169406013 | 4/18/2013 | $ 589.68 |
| NOVO NORDISK | VICTOZA 3-PAK 18 MG/3 ML PEN | 00169406013 | 12/4/2013 | $ 642.82 |
| NOVO NORDISK | VICTOZA 3-PAK 18 MG/3 ML PEN | 00169406013 | 7/2/2014 | $ 706.32 |
| NOVO NORDISK | VICTOZA 3-PAK 18 MG/3 ML PEN | 00169406013 | 3/4/2015 | $ 769.18 |
| NOVO NORDISK | VICTOZA 3-PAK 18 MG/3 ML PEN | 00169406013 | 12/18/2015 | $ 831.06 |
| NOVO NORDISK | VICTOZA 3-PAK 18 MG/3 ML PEN | 00169406013 | 9/7/2016 | $ 897.16 |
| NOVO NORDISK | VICTOZA 3-PAK 18 MG/3 ML PEN | 00169406013 | 6/18/2017 | $ 968.00 |
| NOVO NORDISK | VICTOZA 3-PAK 18 MG/3 ML PEN | 00169406013 | 7/6/2018 | $1,044.47 |
| NOVO NORDISK | VICTOZA 3-PAK 18 MG/3 ML PEN | 00169406013 | 1/12/2019 | $1,106.14 |