IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUNTY OF HARRIS, TEXAS,<br><br>*Plaintiff,*<br><br>v.<br><br>ELI LILLY AND COMPANY*, et al.,*<br><br>*Defendants.* | Case No. 4:19-cv-04994 |

### AMENDED JOINT DISCOVERY/CASE MANAGEMENT PLAN

Pursuant to the Court's Order, dated November 4, 2021 (Dkt. 168), the parties hereby submit the following proposed amendment to the original Joint Discovery/Case Management Plan (Dkt. 94) entered April 23, 2021 in this case.

**1.    The following cases related to this one are pending in state or federal court.**

Seven other cases involve certain parties of common issues. In each, the plaintiffs generally allege that the Insulin Manufacturer defendants (Novo Nordisk Inc., Sanofi-Aventis U.S., and Eli Lilly and Company), and certain party or non-party PBMs (entities associated with Express Scripts, Optum Rx, and CVS Caremark), engaged in certain conduct to raise insulin prices:

| Case | Plaintiff(s) | Defendants |
|---|---|---|
| ***In re: Direct Purchaser Insulin Litigation,** 3:20-cv-3426-ZNQ-LHG (D.N.J.)* | Assignee of a Drug Wholesaler and a Drug Wholesaler | Insulin Manufacturers and PBMs |
| ***The State of Mississippi, ex rel. Lynn Fitch, Attorney General v. Eli Lilly and Company, et al.,** 3:21-cv-00674-KHJ-MTP (S.D. Miss.)* | State of Mississippi | Insulin Manufacturers and PBMs |

1

| Case | Plaintiff(s) | Defendants |
|---|---|---|
| *City of Miami, Florida v. Eli Lilly and Company, et al.,* 1:21-cv-22636-RNS (S.D. Fla.) | City of Miami | Insulin Manufacturers and PBMs |
| *In re: Insulin Pricing Litigation,* 2:17-cv-00699-BRM-ESK (D.N.J.) | Consumer Plaintiffs | Insulin Manufacturers |
| *MSP Recovery Claims, Series, LLC, et al. v. Sanofi Aventis U.S., et al.,* 2:18-cv-02211-BRM-CLW (D.N.J.) | Assignees of Third-Party Payors | Insulin Manufacturers |
| *Minnesota v. Sanofi-Aventis U.S. LLC, et al.,* 2:18-cv-14999-BRM-AME (D.N.J.) | State of Minnesota | Insulin Manufacturers |
| *Commonwealth of Kentucky v. Novo Nordisk, et al.,* No. 19-CI-473 (Ky. Cir. Ct.) | State of Kentucky | Insulin Manufacturers |

2. **Discovery Plan**

   a. **Timetable**

The parties agree that fact discovery should be completed by December 16, 2022, and that expert discovery should be completed by March 27, 2023, as set forth in the Amended Rule 16 Scheduling Order submitted to the Court on November 19, 2021. The parties also have agreed that all parties must substantially complete the production of documents in response to any pending discovery requests by June 17, 2022. In addition, the parties agree that they will enter into a mutually-agreeable deposition protocol, which will include, among other things, any provisions regarding the coordination of this litigation with *In re: Direct Purchaser Insulin Litigation,* 3:20-cv-3426-ZNQ-LHG (D.N.J.), *The State of Mississippi, ex rel. Lynn Fitch, Attorney General v. Eli Lilly and Company, et al.,* 3:21-cv-00674-KHJ-MTP (S.D. Miss.), and *City of Miami, Florida v. Eli Lilly and Company, et al.,* 1:21-cv-22636-RNS (S.D. Fla.) to which the parties are able to agree. The parties note that it may be necessary to seek a further revision of the Scheduling Order in the future in order to enable such coordination with the aforementioned matters.

    **b.**    **By when the plaintiff anticipates taking oral depositions.**

Plaintiff anticipates concluding oral depositions of fact witnesses by December 16, 2022.

    **c.**    **By when the defendants anticipate taking oral depositions.**

Defendants anticipate concluding oral depositions of fact witnesses by December 16, 2022.

    **d.**    **Specify the date experts for plaintiff (or party with the burden of proof on an issue) will be designated and their reports provided to opposing party.**

 January 16, 2023.

    **e.**    **Specify the date experts for defendants will be designated and their reports provided to opposing party.**

February 27, 2023.

    **f.**    **List expert depositions the plaintiff (or party with the burden of proof on an issue) anticipates taking and their anticipated complete date. See Rule 26(a)(2)(B) (expert report).**

Plaintiff anticipates deposing any experts named by the Defendants by March 27, 2023.

    **g.**    **List expert depositions the defendant (or opposing party) anticipates taking and their anticipated complete date. See Rule 26(a)(2)(B) (expert report).**

Defendants anticipate deposing any experts named by the Plaintiffs by March 27, 2023.

**3.**    **State the date the planned discovery can reasonably be completed.**

All fact discovery: December 16, 2022.  All expert discovery:  March 27, 2023.

**4.**    **List the names, bar numbers, addresses, email addresses, and telephone numbers of all counsel.**

| PLAINTIFF HARRIS COUNTY, TEXAS ||
|---|---|
| **OFFICE OF HARRIS COUNTY ATTORNEY**<br><br>Christian Menefee<br>Harris County Attorney<br>Texas Bar No. 24088049<br>Tiffany Bingham<br>Texas Bar No. 24012287<br>Managing Counsel Affirmative Litigation, | **LAW OFFICE OF RICHARD SCHECHTER, P.C.**<br><br>Richard Schechter<br>Texas Bar No. 17735500<br>One Greenway Plaza, Suite 100<br>Houston TX 77046-0102<br>Tel: 713-623-8919<br>Fax: 713-622-1680 |

| | |
|---|---|
| Compliance & Environmental<br>1019 Congress, 15th Floor<br>Houston, TX 77002<br>Tel: (713) 274-5121<br>Fax: (713) 437-4211<br>Tiffany.Bingham@cao.hctx.com | richard@rs-law.com |
| **THE CICALA LAW FIRM PLLC**<br><br>Joanne Cicala<br>Texas Bar No. 24052632<br>Joshua T. Wackerly<br>Texas Bar No. 24093311<br>Kathryn Allen<br>Texas Bar No. 24055134<br>Johan Conrod (admitted *pro hac vice*)<br>101 College Street<br>Dripping Springs, TX 78620<br>Tel: (512) 275-6550<br>Fax: (512) 858-1801<br>joanne@cicalapllc.com<br>josh@cicalapllc.com<br>kathryn@cicalapllc.com<br>johan@cicalapllc.com | **BAKER • WOTRING LLP**<br><br>Debra Tsuchiyama Baker<br>Texas Bar No. 15089600<br>Earnest W. Wotring<br>Texas Bar No. 22012400<br>John Muir<br>Texas Bar No. 14630477<br>David George<br>Texas Bar No. 00793212<br>700 JPMorgan Chase Tower<br>600 Travis Street<br>Houston, TX 77002<br>Tel: (713) 980-1700<br>Fax: (713) 980-1701<br>dbaker@bakerwotring.com<br>ewotring@bakerwotring.com<br>jmuir@bakerwotring.com<br>dgeorge@bakerwotring.com |
| | **HOLLINS LAW GROUP PLLC**<br><br>Christopher G. Hollins<br>Texas Bar No. 24090168<br>Aysia N. Mayo-Gray<br>Texas Bar No. 24109256<br>Highway 6 North<br>Houston, TX 77084<br>Tel: 346.980.4600<br>Fax: 346.980.4610<br>c.hollins@hollinslawgroup.com<br>a.mayo-gray@hollinslawgroup.com |

4

| DEFENDANT ELI LILLY AND COMPANY ||
|---|---|
| **COVINGTON & BURLING LLP**<br><br>Henry B. Liu (admitted *pro hac vice*)<br>Shankar Duraiswamy (admitted *pro hac vice*)<br>One City Center<br>850 Tenth Street, N.W.<br>Washington, DC 20001<br>Tel: 202-662-6000<br>hliu@cov.com<br>sduraiswamy@cov.com | **YETTER COLEMAN LLP**<br><br>Bryce Lee Callahan<br>Texas Bar No. 24055248<br>811 Main Street, Suite 4100<br>Houston, TX 77002<br>Tel: 713-632-8000<br>Fax: 713-632-8002<br>Bcallahan@Yettercoleman.Com |
| **KIRKLAND & ELLIS LLP**<br><br>James F. Hurst (admitted *pro hac vice*)<br>Andrew A. Kassof (admitted *pro hac vice*)<br>Ryan Moorman (admitted *pro hac vice*)<br>Diana M. Watral (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: 312-862-2000<br>james.hurst@kirkland.com<br>andrew.kassof@kirkland.com<br>ryan.moorman@kirkland.com<br>diana.watral@kirkland.com | |

| DEFENDANT NOVO NORDISK INC. ||
|---|---|
| **DAVIS POLK & WARDWELL LLP**<br><br>Andrew Yaphe (admitted *pro hac vice*)<br>Ian C.J. Hogg (admitted *pro hac vice*)<br>Neal A. Potischman (admitted *pro hac vice*)<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>Tel: 650-752-2000<br>andrew.yaphe@davispolk.com<br>ian.hogg@davispolk.com<br>neal.potischman@davispolk.com | **DAVIS POLK & WARDWELL LLP**<br><br>Benjamin D. Wasserman<br> (admitted *pro hac vice*)<br>901 15th St., N.W.<br>Washington, DC 20005<br>Tel: 202-962-7000<br>benjamin.wasserman@davispolk.com |
| **DAVIS POLK & WARDWELL LLP**<br><br>Chui-Lai Cheung (admitted *pro hac vice*)<br>James P. Rouhandeh (admitted *pro hac vice*)<br>David B. Toscano (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: 212-450-4000<br>Fax: 212-450-3835<br>chui-lai.cheung@davispolk.com<br>rouhandeh@davispolk.com<br>david.toscano@davispolk.com | **BOWMAN AND BROOKE LLP**<br><br>Randall L. Christian<br>Texas Bar No. 00783826<br>S.D. ID No. 15935<br>2901 Via Fortuna Drive, Suite 500<br>Austin, TX 78746<br>Tel: 512-874-3800<br>Fax: 512-874-3801<br>randall.christian@bowmanandbrooke.com |

| **DEFENDANT SANOFI-AVENTIS U.S. LLC** ||
|---|---|
| **JONES DAY**<br><br>Geoff Irwin (admitted *pro hac vice*)<br>William D. Coglianese (admitted *pro hac vice*)<br>Michael R. Shumaker (admitted *pro hac vice*)<br>51 Louisiana Avenue NW<br>Washington, DC 20001<br>Tel: (202) 879-3939<br>gsirwin@jonesday.com<br>wcoglianese@jonesday.com<br>mrshumaker@jonesday.com | **JONES DAY**<br><br>Joshua L. Fuchs<br>Texas Bar No. 24029559<br>Andrew Michael Ryngaert<br>Texas Bar No. 24117005<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Tel: (832) 239-3939<br>jlfuchs@jonesday.com<br>aryngaert@jonesday.com |
| **JONES DAY**<br><br>Allison L. Waks (admitted *pro hac vice*)<br>250 Vesey St<br>New York, NY 10281<br>Tel: 212-326-7808<br>awaks@jonesday.com | |

| DEFENDANTS EVERNORTH HEALTH, INC.; EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY SERVICES, INC.; EXPRESS SCRIPTS PHARMACY, INC. ||
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP**<br><br>Jason R. Scherr (admitted *pro hac vice*)<br>Patrick A. Harvey (admitted *pro hac vice*)<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Tel: (202) 373-6000<br>Fax: (202) 373-6001<br>jr.scherr@morganlewis.com<br>patrick.harvey@morganlewis.com | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>Winstol D. Carter, Jr.<br>Texas Bar No. 03932950<br>S.D. ID No. 2934<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>Tel: (713) 890-5000<br>Fax: (713) 890-5001<br>winn.carter@morganlewis.com |
| **MORGAN, LEWIS & BOCKIUS LLP**<br><br>R. Brendan Fee (admitted *pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: 212-963-5000<br>brendan.fee@morganlewis.com | |

| **DEFENDANTS CAREMARK RX, L.L.C., CAREMARKPCS HEALTH, L.L.C.; CAREMARK, L.L.C.; CAREMARK TEXAS MAIL PHARMACY, LLC; AETNA RX HOME DELIVERY, LLC; AETNA HEALTH MANAGEMENT, LLC;** ||
|---|---|
| **WILLIAMS & CONNOLLY LLP**<br><br>Enu Mainigi<br>Daniel M. Dockery (admitted *pro hac vice*)<br>Kenneth J. Brown (admitted *pro hac vice*)<br>Adithi Grama (admitted *pro hac vice*)<br>Benjamin N. Hazelwood (admitted *pro hac vice*)<br>Ethan Kerstein (admitted *pro hac vice*)<br>Carl Rowan Metz (admitted *pro hac vice*)<br>Craig Singer (admitted *pro hac vice*)<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>emainigi@wc.com<br>ddockery@wc.com<br>kbrown@wc.com<br>agrama@wc.com<br>bhazelwood@wc.com<br>ekerstein@wc.com<br>cmetz@wc.com<br>csinger@wc.com | **SMYSER KAPLAN & VESELKA, L.L.P.**<br><br>Larry R. Veselka<br>Texas Bar No. 20555400<br>S.D. Tex. No. 6797<br>Lee L. Kaplan<br>Texas Bar No. 11094400<br>S.D. Tex. No. 1840<br>717 Texas Avenue, Suite 2800<br>Houston, TX 77002-2761<br>Tel: (713) 221-2300<br>Fax: (713) 221-2320<br>lkaplan@skv.com<br>lveselka@skv.com |

| **DEFENDANT OPTUMRX, INC.** ||
|---|---|
| **ALSTON & BIRD LLP**<br><br>Brian D. Boone (admitted *pro hac vice*)<br>Emily McGowan (admitted *pro hac vice*)<br>101 South Tryon Street<br>Charlotte, NC 28280<br>Tel: (704) 444-1000<br>Fax: (704) 444-1111<br>brian.boone@alston.com<br>emily.mcgowan@alston.com | **ALSTON & BIRD LLP**<br><br>Andrew Hatchett<br>State Bar No. 24085368<br>S.D. Tex. No. 3490219<br>1201 W. Peachtree Street NW<br>Atlanta, GA 30309<br>Tel: (404) 881-7000<br>Fax: (404) 881-7777<br>andrew.hatchett@alston.com |
| **ALSTON & BIRD LLP**<br><br>John Snyder (admitted *pro hac vice*)<br>Kelley C. Barnaby (admitted *pro hac vice*)<br>950 F Street NW<br>Washington, DC 20004-1404<br>Tel: 202-239-3300<br>Fax: (202) 239-3333<br>john.snyder@alston.com<br>Kelley.Barnaby@alston.com | **CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY**<br><br>Justin E. VandenBout<br>Texas Bar No. 24060765<br>S.D. ID No. 912644<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002<br>Tel: (713) 658-1818<br>Fax: (713) 658-2553<br>justin.vandenbout@chamerlainlaw.com |
| **ALSTON & BIRD LLP**<br><br>Jean E. Richmann (admitted *pro hac vice*)<br>Lane B. Zuraw (admitted *pro hac vice*)<br>560 Mission Street, Suite 2100<br>San Francisco, CA 94105<br>Tel: 415-243-1042<br>jean.richmann@alston.com<br>lane.zuraw@alston.com | |

**AGREED:**

/s/ Earnest W. Wotring                                              11/19/2021

———————————————                                        ———————————
Earnest W. Wotring                                                       Date
Baker • Wotring LLP
Attorney for Plaintiff Harris County, Texas


/s/ Bryce L. Callahan                                                   11/19/2021

———————————————                                        ———————————
Bryce L. Callahan                                                         Date
Yetter Coleman LLP
Attorney for Defendant Eli Lilly and Company


/s/ Randall L. Christian                                               11/19/2021

———————————————                                        ———————————
Randall L. Christian                                                      Date
Bowman and Brooke LLP
Attorney for Defendant Novo Nordisk Inc.


/s/ Joshua L. Fuchs                                                    11/19/2021

———————————————                                        ———————————
Joshua L. Fuchs                                                           Date
Jones Day
Attorney for Defendant Sanofi-Aventis U.S. LLC


/s/ Winstol D. Carter, Jr.                                             11/19/2021

———————————————                                        ———————————
Winstol D. Carter, Jr.                                                    Date
Morgan, Lewis & Bockius LLP
Attorney for Defendants
Evernorth Health, Inc.
Express Scripts, Inc.
Express Scripts Administrators, LLC
ESI Mail Pharmacy Services, Inc.
Express Scripts Pharmacy, Inc.


/s/ Justin E. VandenBout                                            11/19/2021

———————————————                                        ———————————
Justin E. VandenBout                                                    Date
Chamberlain, Hrdlicka, White, Williams & Aughtry
Attorney for Defendant OptumRx, Inc.

11

*/s/ Larry R. Veselka*                                           11/19/2021

---                                                              ---

Larry R. Veselka                                                 Date
Smyser Kaplan & Veselka, L.L.P.
Attorney for Defendants
Caremark Rx, L.L.C.
Caremark, L.L.C.
CaremarkPCS Health, L.L.C.
Caremark Texas Mail Pharmacy, LLC
Aetna Rx Home Delivery, LLC
Aetna Health Management, LLC