## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| COUNTY OF HARRIS, TEXAS, | |
| *Plaintiff*, | |
| v. | Civil Action No. 4:19-cv-04994 |
| ELI LILLY AND COMPANY, *et al.*, | |
| *Defendants*. | |

## JOINT MOTION FOR ENTRY OF JUDGMENT

The parties jointly move the Court to enter the proposed Judgment attached as Exhibit A. All parties reserve the right to appeal the Judgment and orders it is based upon to fullest extent allowed by law. Plaintiff objects to the February 16 Order and its rationale and holdings. Plaintiff consents to this Motion for Entry of Judgment and Final Judgment only as to form. Plaintiff unequivocally preserves its right to appeal and intends to appeal.

.

Dated: March 10, 2022

**OFFICE OF HARRIS COUNTY**
**ATTORNEY, CHRISTIAN MENEFEE**

*/s/ Christian Menefee*
Christian Menefee
Harris County Attorney
Tiffany Bingham
Managing Counsel Affirmative Litigation,
Compliance & Environmental
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5121
Facsimile: (713) 437-4211
Tiffany.Bingham@cao.hctx.com

**LAW OFFICE OF RICHARD SCHECHTER, P.C.**

*/s/ Richard Schechter*
Richard Schechter
1 Greenway Plaza, Suite 740
Houston TX 77046-0102
Telephone: 713-623-8919
Facsimile: 713-622-1680
richard@rs-law.com

**THE CICALA LAW FIRM PLLC**

*/s/ Joanne Cicala*
Joanne Cicala
Josh Wackerly
101 College Street
Dripping Springs, Texas 78620
Telephone: (512) 275-6550
Facsimile: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
kathryn@cicalapllc.com

**BAKER • WOTRING LLP**

*/s/ Debra Tsuchiyama Baker*
Debra Tsuchiyama Baker
Earnest W. Wotring
John Muir
David George
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: (713) 980-1700
Facsimile: (713) 980-1701
dbaker@bakerwotring.com
ewotring@bakerwotring.com
jmuir@bakerwotring.com
dgeorge@bakerwotring.com

**HOLLINS LAW GROUP PLLC**

*/s/ Christopher G. Hollins*
Christopher G. Hollins
Texas Bar No. 24090168
Aysia N. Mayo-Gray

2

Texas Bar No. 241092565832
Highway 6 North Houston, Texas 77084
Telephone: 346.980.4600
Facsimile: 346.980.4610
c.hollins@hollinslawgroup.com
a.mayo-gray@hollinslawgroup.com

*Attorneys for Plaintiff*

**BOWMAN AND BROOKE, LLP**

By: */s/ Randall L. Christian*
Randall L. Christian
Texas Bar No. 00783826
S.D. Texas I.D. No. 15935
2901 Via Fortuna, Suite 500
Austin, Texas 78745
Tel.: (512) 874-3800
Fax: (512) 874-3801
randall.christian@bowmanandbrooke.com

*Attorney-in-Charge for Defendant*
*Novo Nordisk Inc*

By: */s/ Bryce L. Callahan*

Bryce L. Callahan
State Bar No. 24055248
S.D. Bar No. 680539
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
Tel.: (713) 632-8000
Facsimile: (713) 632-8002
bcallahan@yettercoleman.com

*Attorney-in-Charge for Defendant*
*Eli Lilly and Company*

**SMYSER KAPLAN & VESELKA, L.L.P.**

By: */s/ Larry R. Veselka*
Larry R. Veselka
Texas Bar No. 20555400
S.D. Texas I.D. No.: 6797
717 Texas Avenue, Suite 2800
Houston, Texas 77002-2761

Tel.: (713) 221-2300
Fax: (713) 221-2320
lveselka@skv.com

*Attorneys for Defendants*
*Caremark Rx, L.L.C., Caremark, L.L.C., Caremark PCS Health, L.L.C.,*
*Caremark Texas Mail Pharmacy, L.L.C., Aetna Rx Home Delivery, LLC, and*
*Aetna Health Management Services, LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jason R. Scherr*
Jason R. Scherr *(pro hac vice)*
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.: (202) 373-6000
Fax: (202) 373-6001
jr.scherr@morganlewis.com

*Attorney-in-Charge for Defendants*
*Evernorth Health, Inc. (f/k/a Express Scripts Holding Company),*
*Express Scripts, Inc., ESI Mail Pharmacy Service, Inc.,*
*Express Scripts Pharmacy, Inc., and Express Scripts Administrators, LLC*

**JONES DAY**

By: */s/ Joshua L. Fuchs*
Joshua L. Fuchs
Texas Bar No. 24029559
S.D. Texas I.D. No. 28277
717 Texas, Suite 3300
Houston, Texas 77002
Tel.: (832) 239-3939
Fax: (832) 239-3600
jlfuchs@jonesday.com

*Attorney-in-Charge for Defendant*
*Sanofi-Aventis U.S. LLC*