# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUNTY OF HARRIS, TEXAS,<br><br>*Plaintiff*,<br><br>v.<br><br>ELI LILLY AND COMPANY, *ET AL.*,<br><br>*Defendants*. | Civil Action No. 4:19-cv-04994 |

## FINAL JUDGMENT

On February 16, 2022, the Court entered an order granting OptumRx, Inc.'s motion to dismiss the County's Fourth Amended Complaint ("February 16 Order"). The Court further invited renewed motions from the other Defendants because the February 16 Order addressed and resolved dispositive legal issues in the case.

The Court's February 16 Order and the legal conclusions in that Order apply with equal force to the County's claims against the other Defendants and are dispositive as to those claims for the reasons set forth in that order, which is incorporated herein by reference.

WHEREFORE, judgment is hereby entered as follows:

1. In light of the February 16 Order, OptumRx, Inc. is awarded judgment on all claims in the Fourth Amended Complaint;

2. In light of the fact that the holdings of the February 16 Order are dispositive of the County's claims against the remaining Defendants, all remaining Defendants are awarded judgment on all claims in the Fourth Amended Complaint; and

3. The County's claims against all Defendants are dismissed with prejudice, with each party to bear its own costs, expenses and fees.

2

Plaintiff objects to the February 16 Order and its rationale and holdings. Plaintiff consents to this Final Judgment Order only as to form. Plaintiff unequivocally preserves its right to appeal and intends to appeal.

It is so ORDERED, this ___ day of March, 2022.

ENTER: _____
Senior United States District Court Judge
Gray H. Miller